PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

REBECCA DEAN STEIN WALTHALL                Crim. No. 7:00-CR-019-02F

     On September 17, 2006, Rebecca Walthall was placed on supervised release for a period of 60 months. On June 29, 2010, Ms. Walthall moved *pro se* before this court for an order terminating her term of supervised release, currently set to expire on September 14, 2011. According to both the litigant's *pro se* motion and the advice of the supervising United States Probation Officer, Christina Gomez, the offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. Accordingly, pursuant to Title 18 United States Code, Section 3583(e), Ms. Walthall's motion hereby is ALLOWED and it is ORDERED that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this 8th day of July, 2010.

                                              James C. Fox  
                                              Senior U.S. District Judge